IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ZAID AL AZAWI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA, INC., AND MULTIBAND CORP.,<br><br>    Defendants. | Case No. 4:14-cv-02962 |

## ORDER

AND NOW, this ___ day of _____, 2015, upon consideration of Defendant MasTec North America, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint and Plaintiffs' response thereto, if any, IT IS HEREBY ORDERED that Defendant MasTec North America, Inc.'s Motion to Dismiss is GRANTED.

IT IS HEREBY FURTHER ORDERED that the claims as pled by Plaintiffs Ernesto Alanis, Jr., Jon Allen, Reynaldo Arreaga, Christian Colon, Juan Garcia, Jr., Robert Gardner, Garnett Gerlt, Jonathan Guajardo, Weldon Nix, Cesar Posadas, Edward Rodriguez, Bill Arellano, Roger Goras, Kenneth Haynes and Tony Mallard as asserted against MasTec in Plaintiffs' First Amended Complaint are DISMISSED WITH PREJUDICE.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE