IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ZAID AL AZAWI, ERNESTO ALANIS, JR., JON ALLEN, REYNALDO ARREAGA, RONALD CHASE, CHRISTIAN COLON, GREGORY DOOLEY, CODY EDGE, RICHARD ELLIOTT, JUAN GARCIA, ROBERT GARDNER, GARNETT GERLT, PAUL GRANGER, JONATHAN GUAJARDO, CHIMYA JOHNSON, DANA JOHNSON, MAN LEUNG, WELDON NIX, CESAR POSADAS, GUSTAVO RODRIGUEZ, EDWARD RODRIGUEZ, ALEJANDRO SOSA-DELGADO, JOHN SPENCE, ANDREW UMBAUGH, JOSEPH WALDROP, BILL ARELLANO, JIMMY BAINES, ROGER GORAS, KENNETH HAYNES, TONY MALLARD, XAVIER MCCOOK, JOBY VEGA, AND MARVIN EDWARDS, <br><br>       Plaintiffs, <br><br>    v. <br><br> DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA, INC., AND MULTIBAND CORP., <br><br>       Defendants. | Case No. 4:14-cv-02962 |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____, 2015, upon consideration of Defendant DIRECTV.'s Motion to Dismiss, and Memorandum of Law in Support Thereof, and any response thereto, it is hereby ORDERED that the Motion is GRANTED, and the claims in the Complaint against DIRECTV are dismissed.

**IT IS SO ORDERED.**

**SIGNED** this____day of _____, 2015.

                                             _____
                                             KENNETH M. HOYT
                                             UNITED STATES DISTRICT JUDGE