IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ZAID AL AZAWI, ERNESTO ALANIS, JR., JON ALLEN, REYNALDO ARREAGA, RONALD CHASE, CHRISTIAN COLON, GREGORY DOOLEY, CODY EDGE, RICHARD ELLIOTT, JUAN GARCIA, ROBERT GARDNER, GARNETT GERLT, PAUL GRANGER, JONATHAN GUAJARDO, CHIMYA JOHNSON, DANA JOHNSON, MAN LEUNG, WELDON NIX, CESAR POSADAS, GUSTAVO RODRIGUEZ, EDWARD RODRIGUEZ, ALEJANDRO SOSA-DELGADO, JOHN SPENCE, ANDREW UMBAUGH, JOSEPH WALDROP, BILL ARELLANO, JIMMY BAINES, ROGER GORAS, KENNETH HAYNES, TONY MALLARD, XAVIER MCCOOK, JOBY VEGA, AND MARVIN EDWARDS, <br><br>    Plaintiffs, <br><br>    v. <br><br> DIRECTV, INC., DIRECTV, LLC, MASTEC NORTH AMERICA, INC., AND MULTIBAND CORP., <br><br>    Defendants. | Case No. 4:14-cv-02962 |

**APPENDIX TO DEFENDANT DIRECTV'S MOTION TO DISMISS**

Exhibit 1    *Chesley v. DIRECTV et al.*, Civ. Action No. 14-cv-468-PB, Opinion No. 2015 D. N.H. 115,. (D. N. H. 2014)

Exhibit 2    *Anderson v. DIRECTV Inc. et al.*, Civ. Action No. 2:14-02307, slip op. (D. Ariz. 2015)

Exhibit 3    *Craven v. Excel Staffing Serv., Inc*., Civ. Action No. H-12-2860, 2014 U.S. Dist. LEXIS 11668 (S.D. Tex. Jan. 30, 2014)

Exhibit 4    *Rowlett v. Mich. Bell*, No. 1:11-cv-1269, 2013 U.S. Dist. LEXIS 10134 (W.D. Mich. Jan. 25, 2013)

| | |
|---|---|
| Exhibit 5 | *Sandoz v. Cingular Wireless, LLC*, Civ. Action No. 07-1308, 2013 U.S. Dist. LEXIS 47018 (W.D. La. Mar. 27, 2013) |
| Exhibit 6 | *Taylor v. Cmty Bankers Secs., LLC*, No. 2013 U.S. Dist. LEXIS 86485 (S.D. Tex. June 20, 2013) |

DM2\5719923.1